**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 10 MM 2022
                                        :
        Respondent              :
                                          :
                                        :
             v.                      :
                                        :
                                        :
GARY HAYES,                         :
                                        :
        Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of May, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.